UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL AARON<br>    Plaintiff, | :<br>:<br>: | |
| v. | : | C.A. No. _____ |
| AAA NORTHEAST<br>    Defendant. | :<br>:<br>: | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant AAA Northeast ("Defendant" or "AAA Northeast"), by its attorneys, Nixon Peabody LLP, hereby removes the above-captioned action to the United States District Court for the District of Connecticut, and respectfully states as follows:

1.  This action is removable pursuant to 28 U.S.C. §§ 1332, 1367, and 1441(a) and (c), on the grounds that this Court has original federal question jurisdiction and supplemental jurisdiction over state law claims.

2.  On or about December 31, 2025, a complaint in the above-captioned action was filed by the Plaintiff in the Superior Court of Connecticut, J.D. of Ansonia/Milford at Milford (the "State Court"), entitled *Michael Aaron v. AAA Northeast, Docket No. AAN-CV26-6066715-S,* by John I. Bolton, Esq., 101 Franklin St., Suite D, Westport, CT 06880, Plaintiff's counsel. Plaintiff served the Summons and Complaint (the "Service Documents") on AAA Northeast via its Agent for Service, Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT 06103 ("Registered Agent"), on or about December 9, 2025. AAA Northeast received the Service Documents from its Registered Agent on or about December 10, 2025. The action is now pending in Ansonia/Milford at Milford County Superior Court.

3.	Pursuant to 28 U.S.C. § 1446(a), Defendant attaches hereto as Exhibit A, the State Court Service Documents. These documents constitute all "processes, pleadings and orders" served upon Defendant in this action to date. There are no pending motions in the State Court action.

4.	The Complaint alleges, *inter alia*, age discrimination under both State and Federal law claims in violation of 42 U.S.C. §621 et seq. and Conn. Gen. Stat. §46a-60(b)(1), disability discrimination in violation of 42 U.S.C. §12112 et seq. and Conn. Gen. Stat. §46a-60(b)(1) and retaliation, in violation of the provisions of 42 U.S.C. §12112 et seq. and Conn. Gen. Stat. §46a-60(b)(4). Plaintiff has demanded a judgment of compensatory damages, punitive damages and expert witness fees, litigation costs, and attorneys' fees against Defendant.

5.	This Notice of Removal is being filed within 30 days after receipt by Defendant of notice of this action and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

6.	Pursuant to 28 U.S. C. § 1446(d), written notice of the filing of this Notice of Removal will be served promptly upon Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Superior Court of Connecticut, J.D. of Ansonia/Milford at Milford.

7.	Defendant expressly reserves any and all defenses which may be available to it in this action.

8.	In accordance with this Court's Standing Order on Removed Cases, within seven (7) days after filing the Notice of Removal, Defendant will file and serve a signed statement setting forth the required information. At the time of this filing, Defendant has simultaneously filed a Notice of No Pending Motions in accordance with this Court's Standing Order on Removed Cases.

9. In accordance with this Court's Standing Order on Removed Cases, Defendant's counsel is filing an entry of appearance in accordance with Local Rule 5(b) of the Local Rules of Civil Procedure for the District of Connecticut.

**WHEREFORE**, Defendant AAA Northeast respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against it, entitled *Michael Aaron v. AAA Northeast, Docket No. AAN-CV26-6066715-S*, be removed from the Superior Court of Connecticut, J.D. of Ansonia/Milford at Milford, that this action proceed in this Court as a properly removed action and that Defendant have such other and further relief as this Court may deem just and proper.

                                                Respectfully submitted,

                                                AAA NORTHEAST,

                                                By its Attorneys,

                                                /s/ *Armando E. Batastini*
                                                Armando E. Batastini (29215)
                                                Jessica S. Jewell (29267)
                                                Nixon Peabody LLP
                                                One Citizens Plaza, Ste. 500
                                                Providence, RI 02903
                                                Tel. (401) 454-1000
                                                Fax. (401) 454-1030
                                                Email: abatastini@nixonpeabody.com
                                                               jsjewell@nixonpeabody.com

Dated: January 7, 2026

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2026, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Armando E. Batastini*
                                                Armando E. Batastini, Esq.

# **<u>EXHIBIT A</u>**